J. Ryan Mitchell (9362)
Mika Hillery (18414)
MITCHELL BARLOW & MANSFIELD, P.C.
9 Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 998-8888
rmitchell@mbmlawyers.com
mhillery@mbmlawyers.com

Howard Kaplan
Sarah Grady
Jed W. Glickstein
KAPLAN & GRADY LLC
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614
(312) 852-2184
howard@kaplangrady.com
sarah@kaplangrady.com
jglickstein@kaplangrady.com

*Attorneys for Plaintiff*

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| A.Z., by and through his guardians ANDREA ZOLMAN and STEVE ZOLMAN,<br><br>**Plaintiff,**<br><br>v.<br><br>ALPINE SCHOOL DISTRICT, RYAN BURKE, KATHY DRAPER, JOE HAYES, and DAVID TURNER,<br><br>**Defendants.** | **STIPULATED MOTION FOR SCHEDULING ORDER**<br><br>Case No. 2:24-cv-00051<br><br>District Judge Ted Stewart<br><br>Magistrate Judge Daphne A. Oberg |

The parties, through their undersigned counsel, stipulate and move the Court for a scheduling order. Under Fed. R. Civ. P. 16(b) and the Local Rules of Practice, an Attorney Planning Meeting has been held and the Attorney Planning Meeting Report has been completed. *See* Ex. A. The parties have conferred and developed a Proposed Scheduling Order, which is filed simultaneously with this motion. *See* Ex. B.

Dated: July 10, 2024

Respectfully submitted,

/s/ *Kyle Kaiser* (*with consent*)

Kyle Kaiser (13924)
Darin Goff (11355)
Nicole Johnston (18977)
Assistant Attorneys General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
(801) 366-0100
kkaiser@agutah.gov
dgoff@agutah.gov
njohnston@agutah.gov

*Attorneys for Defendants Alpine School District, Ryan Burke, Joe Hayes, and David Turner*

/s/ *Howard Kaplan*

Howard Kaplan
Sarah Grady
Jed W. Glickstein
KAPLAN & GRADY LLC
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614
(312) 852-2184
howard@kaplangrady.com
sarah@kaplangrady.com
jglickstein@kaplangrady.com

J. Ryan Mitchell (9362)
Mika Hillery (18414)
MITCHELL BARLOW & MANSFIELD, P.C.
9 Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 998-8888
rmitchell@mbmlawyers.com
mhillery@mbmlawyers.com

*Attorneys for Plaintiff*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2024, I caused a true and correct copy of the foregoing **STIPULATED MOTION FOR SCHEDULING ORDER** to be filed via the Court's electronic filing system, which automatically provides notice of the filing to counsel of record.

/s/ Howard Kaplan
Howard Kaplan