J. Ryan Mitchell (9362)
Mika Hillery (18414)
Mitchell Barlow & Mansfield, P.C.
9 Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 998-8888
rmitchell@mbmlawyers.com
mhillery@mbmlawyers.com

Howard Kaplan
Sarah Grady
Jed W. Glickstein
Kaplan & Grady LLC
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614
(312) 852-2184
howard@kaplangrady.com
sarah@kaplangrady.com
jglickstein@kaplangrady.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| A.Z., by and through his guardians ANDREA ZOLMAN and STEVEN ZOLMAN,<br><br>    Plaintiff,<br><br>v.<br><br>ALPINE SCHOOL DISTRICT, RYAN BURKE, KATHY DRAPER, JOE HAYES, and DAVID TURNER,<br><br>    Defendants. | **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY CASE**<br><br>Case No. 2:24-cv-00051<br><br>District Judge Ted Stewart<br>Magistrate Judge Daphne A. Oberg |

For good cause shown, the Parties' Stipulated Motion to Stay Case is **GRANTED.** All deadlines in this case are **stayed until April 7, 2025.** On or before that day, the parties must file a status report providing an update regarding the parties' settlement efforts and either a request for an additional stay to finalize the settlement, or a joint motion for a modified scheduling order to resume litigation.

IT IS SO ORDERED and DATED this ___ day of _____, 2025.

BY THE COURT

_____

Daphne A. Oberg
United States Magistrate Judge
District of Utah